UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH BAKER,

    Plaintiff,

v.                                    Case No. 5:20-cv-191-TKW/MJF

RAMOS, *et al.*,

    Defendants.

_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 41). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed with prejudice, pursuant to 28 U.S.C. §§1915A(b)(1) and 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED with prejudice**.

3.    All pending motions are **DENIED as moot**.

4.    The Clerk shall close the case file.

**DONE and ORDERED** this 11th day of July, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**